IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:98-CV-215-BO(2)

| | |
|---|---|
| ANTHONY N. WHITING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM W. WESLOWSKI | ) |
| d/b/a SKI'S AUTO WORLD PAINT | ) DEFENDANTS' MOTIONS REQUESTING THAT |
| and | ) DEFENDANTS' FIRST SET OF ADMISSIONS |
| SKI'S AUTO-WORLD | ) BE DEEMED AS ADMITTED & THAT |
| PAINT & BODY SHOP, INC. | ) PLAINTIFF'S ACTION BE DISMISSED |
| | ) |
| Defendants. | ) |

NOW COMES Defendants, by and through their counsel of record, requesting that this Court find all admissions as admitted pursuant to Rule 36 of the Rules of Civil Procedure, and based on the admissions, dismiss Plaintiff's action pursuant to Rule 56 of the Rules of Civil Procdure, based on the following:

1. On December 27, 1999, Defendants served Plaintiff with "Defendants' First Set of Request of Admissions." Plaintiff had thirty-three days to respond to Defendants' request for admissions (thirty days plus three due to service by U.S. Mail). Thus, Plaintiff's time to respond to Defendants' request was January 31, 2000.

2. Defendants have never been served with a response to their requests for admissions.

3. The admissions, if admitted, would be a complete defense to Defendants' and would dispose of the Plaintiff's case.

4. A copy of the admissions is attached hereto as if fully incorporated herein.

5. There is no genuine issue as to any material fact, and the Defendants are entitled to a judgment as a matter of law.

WHEREFORE, Defendants pray that this Court:

1. Deem "Defendants' First Set of Request of Admissions" fully admitted.

**SUSAN J. HALL**
ATTORNEY-AT-LAW
POST OFFICE BOX 7002 151 BROADFOOT AVENUE, FAYETTEVILLE, NC 28311
OFFICE 910/485-0955 / FAX 910/485-1472

2. Find that the admitted admissions dispose of Plaintiff's case in that the admissions deny Plaintiff's complained of acts.

3. Dismiss Plaintiff's action.

This the 13th day of February, 2000.

*Susan J. Hall*
Susan J. Hall
Attorney for Defendants
P.O. Box 713
Fayetteville, NC 28302-0713
(910) 485-0955
(910) 485-1472 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:98-CV-215-BO(2)

ANTHONY N. WHITING )
 )
      Plaintiff, )
 )
vs. )
 )
WILLIAM W. WESLOWSKI ) DEFENDANTS' FIRST
d/b/a SKI'S AUTO WORLD PAINT ) SET OF REQUEST OF ADMISSIONS
and )
SKI'S AUTO-WORLD )
PAINT & BODY SHOP, INC. )
 )
      Defendants. )


TO: Anthony Whiting
    440 Hillsboro Street
    Fayetteville, NC 28301

    Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant serves the following Request of Admissions upon Plaintiff, and asks that these Admissions be answered separately and completely in writing, under oath, within the time permitted. Please provide your answer in the space provided after each question. Take notice that these Answers shall be deemed continuing pursuant to Rule 26, and supplemental answers should be provided as they arise.

1. You have been an employee of Defendant Ski's Auto World Paint & Body Shop, Inc., since December 1994 when you were hired as a painter's assistant.

    _____ Admit                  _____ Deny


2. On March 5, 1996, you expressed an interest in the position of painter to your supervisor.

    _____ Admit                  _____ Deny


3. You were told by your supervisor that your supervisor spoke to Mr. Weslowski.

    _____ Admit                  _____ Deny

**SUSAN J. HALL**
ATTORNEY-AT-LAW
POST OFFICE BOX 713 / 111 LAMON STREET, SUITE 217 / FAYETTEVILLE, NC 28302-0713
OFFICE 910/485-0955 / FAX 910/485-1472

Case 5:98-cv-00215-BO   Document 25   Filed 02/15/00   Page 3 of 7

4. You were not present when your supervisor spoke to Mr. Weslowski.

    _____ Admit          _____ Deny

5. Terry Alfana worked for Defendants as a painter.

    _____ Admit          _____ Deny

6. Terry Alfana had seniority to you.

    _____ Admit          _____ Deny

7. Terry Alfana had more experience as a painter than you.

    _____ Admit          _____ Deny

8. Terry Alfana left Defendants' employment for one week to work at Coca-Cola.

    _____ Admit          _____ Deny

9. When Mr. Alfana left, you personally do not know if he had an arrangement with Mr. Weslowski that would have permitted him to return to his painter's position if the Coca-Cola job did now work out.

    _____ Admit          _____ Deny

10. Other employees had terminated Defendants' employment and returned to their same positions.

    _____ Admit          _____ Deny

11. You called Mr. Weslowski on March 19, 1996, without identifying yourself.

    _____ Admit          _____ Deny

12. You were fired on March 20, 1996.

    _____ Admit          _____ Deny

**SUSAN J. HALL**
ATTORNEY-AT-LAW
POST OFFICE BOX 713 / 111 LAMON STREET, SUITE 217 / FAYETTEVILLE, NC 28302-0713
OFFICE 910/485-0955 / FAX 910/485-1472

Case 5:98-cv-00215-BO   Document 25   Filed 02/15/00   Page 4 of 7

13. At the time you were fired, Mr. Weslowski told you it was because you had not identified yourself over the telephone.

_____ Admit          _____ Deny

14. Your job performance did not meet Defendants' legitimate expectations.

_____ Admit          _____ Deny

15. Defendants did not seek a replacement for your position.

_____ Admit          _____ Deny

16. You are not a member of a protected group.

_____ Admit          _____ Deny

17. You did not apply for the job of painter.

_____ Admit          _____ Deny

18. You were not qualified for the painter position.

_____ Admit          _____ Deny

19. You were not rejected for the painter position because of your race.

_____ Admit          _____ Deny

20. The painter position was not given to a person who had similar qualifications as you.

_____ Admit          _____ Deny

21. The painter position was not given to a person who had lesser qualifications as you.

_____ Admit          _____ Deny

**SUSAN J. HALL**
ATTORNEY-AT-LAW
Post Office Box 71302 | Fayetteville, North Carolina 28307-0113
Office 910/485-0955 / Fax 910/485-1472

Case 5:98-cv-00215-BO   Document 23-17   Filed 02/15/00   Page 5 of 7

22. Defendants always ran a continuous advertisement in the local newspaper seeking new painters.

\_\_\_\_\_ Admit          \_\_\_\_\_ Deny

23. A trained professional has not diagnosed you with a neurosis, psychosis, chronic depression, phobia, or any type of severe and disabling emotional or mental condition.

\_\_\_\_\_ Admit          \_\_\_\_\_ Deny

24. You only assume that Defendants did not promote you because of your race.

\_\_\_\_\_ Admit          \_\_\_\_\_ Deny

25. Defendants have never acted in a discriminatory fashion against you before the termination.

\_\_\_\_\_ Admit          \_\_\_\_\_ Deny

This the 27th day of December, 1999.

*Susan J. Hall*
Susan J. Hall
Attorney for Defendants
111 Lamon Street, Suite 217
P.O. Box 713
Fayetteville, NC  28302-0713

**SUSAN J. HALL**
ATTORNEY-AT-LAW
POST OFFICE BOX 713 / 111 LAMON STREET, SUITE 217 / FAYETTEVILLE, NC 28302-0713
OFFICE 910/483-0955 / FAX 910/483-1472

Case 5:98-cv-00215-BO   Document 25   Filed 02/15/00   Page 6 of 7

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served Anthony Whiting, 440 Hillsboro Street, Fayetteville, NC 28301, Plaintiff in the above action, by hand delivery or depositing in the United States mail a copy of the **DEFENDANT'S FIRST REQUEST FOR ADMISSIONS** in a properly addressed envelope with adequate postage thereon in the manner prescribed by Rule 5 of the Rules of Civil Procedure.

    This the 27th day of December, 1999.

*Susan J. Hall*
Susan J. Hall
Attorney for Defendants
111 Lamon Street, Suite 217
P.O. Box 713
Fayetteville, NC 28302-0713
(910) 485-0955

**SUSAN J. HALL**
ATTORNEY-AT-LAW
POST OFFICE BOX 713 / 111 LAMON STREET, SUITE 217 / FAYETTEVILLE, NC 28302-0713
OFFICE 910/485-0955 / FAX 910/485-1472

Case 5:98-cv-00215-BO   Document 25   Filed 02/15/00   Page 7 of 7