IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:98-CV-215-BO(2)

FILED
APR 21 2000
David W. Daniel, Clerk
US District Court, EDNC
By _____ Dep. Clerk

ANTHONY N. WHITING )
)
    Plaintiff, )
)
vs. )
)
WILLIAM W. WESLOWSKI ) MOTION TO DISMISS
d/b/a SKI'S AUTO WORLD PAINT )
and )
SKI'S AUTO-WORLD )
PAINT & BODY SHOP, INC. )
)
    Defendants. )

Now comes the Defendants, by and through their counsel, who moves this Court to dismiss Plaintiff's Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure in that the pleadings, affidavits, and admissions on file show that there is no genuine issue as to any material fact and that the Defendants are entitled to a judgment as a matter of law.

WHEREFORE, Defendants pray that this Court dismiss Plaintiff's Complaint.

This the 20th day of April, 2000.

                                  Susan J. Hall
                                  Attorney for Defendants
                                  P.O. Box 713
                                  Fayetteville, NC  28302-0713
                                  (910) 485-0955
                                  (910) 485-1472 (fax)

**SUSAN J. HALL**
ATTORNEY-AT-LAW
POST OFFICE BOX 713 / 151 DAMON STREET, SUITE 217 / FAYETTEVILLE, NC 28302-0713
OFFICE 910/485-0955 / FAX 910/485-1472

Case 5:98-cv-00215-BO Document 28 Filed 04/21/00 Page 1 of 1

