IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:98-CV-215-BO

FILED
APR ? 20..
DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CA..

ANTHONY N. WHITING,
  Plaintiff

vs.

WILLIAM W. WESLOWSKI
  d/b/a SKI'S AUTO WORLD PAINT
  and
SKI'S AUTO-WORLD
PAINT & BODY SHOP, INC
  Defendants.

motion to proceed

Now come Plaintiff, who moves to proceed

Fact: Terry Alfonso, left SKI AutoWorld.
Fact: Anthony Whiting had more experience then Terry Alfonso
Fact: Anthony Whiting hourly wage while working was higher then Alfonso. In same position

The undersigned hereby certifies he served

Susan Hall
Attorney for Defendants
PO Box 713
Fay NC 28302-0213

Dated 20th Day of April 2000

*Anthony N Whiting* (signature)

Anthony N Whiting
440 Hillsboro St
Fay NC 28301
910 485-852